**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Dale A. Drozd
United States Magistrate Judge
Sacramento, California

                  RE:    Matthew Shawn HURLEY
                           Docket Number:  2:99CR00518
                           <u>REQUEST FOR RELEASE OF INFORMATION</u>

Your Honor:

On April 18, 2000, the above-named defendant was convicted of one count of a violation of 18 USC 656 - Bank Embezzlement (CLASS A MISDEMEANOR).  He was sentenced to 2 years probation, $3,500 restitution, $200 fine, and a $25 assessment.  Special conditions were warrantless search, do not dispose of assets, financial disclosure, no new credit, drug/alcohol testing and counseling, no alcohol, and co-payment for treatment services.

Mr. Hurley completed probation successfully on April 17, 2002.  It should be noted that Mr. Hurley was an exemplary probationer.  During his term of probation, he secured employment as a Program Director and Counselor for Cascade Circle, a state-certified DUI program, first in Redding;  and finally in Susanville, California.  More recently, he has been employed as the Assistant Program Manager for The Cornerstone Recovery Center, an inpatient residential drug and alcohol treatment facility in Shasta Lake, California.

Mr. Hurley has recently applied for new employment as a House Manager with the Wilderness Recovery Center in Montgomery Creek, California;  and also as a Juvenile Probation Officer with Shasta County. He has been completely honest with these agencies about his past probation history;  and has asked me to be a reference in the event the human resources person from either of the agencies needs clarification on his federal case.  Additionally, The Wilderness Recovery Center is a Group Home licensed by the State of California Health and Human Services Agency.  This organization has requested a Reference Letter be completed and returned to them as part of the hiring process.

Given my knowledge of Mr. Hurley's performance under probation supervision;  as well as his continued success and employment history with two well-respected treatment programs in the community;  I am requesting the Court's permission to answer any questions which may be posed by these agencies in the course of Mr. Hurley's employment pursuits. I feel Mr. Hurley's performance under probation supervision;  as well as his continued success afterwards;  represents the type of adjustment we, as probation officers, hope that all of our caseload can attain.  He is in a unique position to be able to help others due to his

Re:     HURLEY, Matthew Shawn
        Docket Number:   2:99CR00518
        **REQUEST FOR RELEASE OF INFORMATION**

empathy and personal experiences; and I feel he would be a fine candidate for either position.

A copy of the State of California form CBCB - 2 is attached for the Court's review. It is respectfully requested that permission be granted to complete this form per Wilderness Recovery Center's request; and to provide Shasta County Probation with any information they may need in their consideration to employ Mr. Hurley.

                        Respectfully submitted,

                        /s/ Jeffrey C. Oestreicher

                        JEFFREY C. OESTREICHER
                        United States Probation Officer


Dated:      July 13, 2005
            Redding, California
            JCO

**REVIEWED BY:**     /s/ Richard A. Ertola
                     **RICHARD A. ERTOLA**
                     **Supervising United States Probation Officer**

AGREE:  ____**X**_____          DISAGREE: _____

DATED: July 20, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/hurley0518.ord

Attachment

cc:     United States Attorney's Office
        Federal Defender's Office